THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
    v.
 Cathryn M.,
 a/k/a Cathryn T.M., and Frank M.,  Defendants,
 Of Whom Frank
 M. is the Appellant.
 In the interest of M.M., J.M., and T.M., three minor children
 under the age of 18.
 
 
 

Appeal From Georgetown County
Jan Bromell Holmes, Family Court Judge
Unpublished Opinion No. 2010-UP-213
Submitted March 1, 2010  Filed March 15,
 2010    
AFFIRMED

 
 
 
 J. Samuel Scoville, of Georgetown, for Appellant.
 Ernest J. Jarrett, of Kingstree, for Respondent.
 Terrance R. Real, of Surfside Beach, Guardian Ad Litem. 
 
 
 

PER CURIAM: Frank
 M. appeals from the family court's final
 order terminating his parental rights to his minor children.  S.C. Code Ann. § 63-7-2570 (2008).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling and grant counsel's petition to be relieved. 
AFFIRMED.[1] 
FEW,
 C.J, KONDUROS, J., and CURETON, A.J., concur.   

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.